**Order entered July 19, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00369-CV

### IN THE INTEREST OF L.D.R. AND D.J., CHILDREN

**On Appeal from the 254th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-18-04007-R**

## ORDER

The reporter's record in this accelerated appeal from the trial court's order terminating appellant's parental rights has not been filed although the court reporters responsible for the records, LaToya Young Martinez and Janet Saavedra, were notified of the request by the trial court's official court reporter on May 12, 2021. Because the record was first due May 30, 2021 and an appeal in a parental termination case must be determined expeditiously, we **ORDER** the trial court to conduct a hearing, **no later than July 29, 2021**, to determine why the reporter's record has not been filed, the date it will be filed, and what steps need to be taken to ensure it is filed by that date. To that end, Ms. Young Martinez, Ms. Saavedra,

and Stacy Harlow, as the Official Court Reporter for the 254th Judicial District Court, shall be present at the hearing.

The trial court shall make written findings concerning the reasons for the delay and the solution to getting the record filed with this Court. The findings shall be filed in a supplemental clerk's record **no later than August 2, 2021**. A supplemental reporter's record of the hearing shall also be filed **no later than August 2, 2021**.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Kimberly Young Brown, Presiding Judge of the 254th Judicial District Court; Dallas County District Clerk Felicia Pitre; Ms. Harlow; Ms. Martinez; Ms. Saavedra; and, the parties.

We **ABATE** the appeal to allow the trial court an opportunity to conduct the hearing. The appeal will be reinstated no later than August 5, 2021.


/s/    LANA MYERS
JUSTICE